IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDWARD MONK**                                                                                    **PLAINTIFF**

**v.**                                          **Case No**.  **4:20-cv-00033 KGB**

**STEPHANIE FLOWERS**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that

plaintiff Edward Monk's second substituted and amended complaint is dismissed (Dkt. No. 20).

The Court denies the requested relief.

It is so adjudged this 30th day of September, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge